JAP:MKM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOHAN CORDERO,

        Defendant.

- - - - - - - - - - - - - - - - -X

C O M P L A I N T

(T. 21, U.S.C., §§ 952(a) and 960)

EASTERN DISTRICT OF NEW YORK, SS:

    MATTHEW DOYLE, being duly sworn, deposes and says that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

    Upon information and belief, on or about June 14, 2012, within the Eastern District of New York and elsewhere, the defendant JOHAN CORDERO did knowingly, intentionally and unlawfully import into the United States from a place outside thereof a substance containing cocaine, a Schedule II controlled substance.

    (Title 21, United States Code, Sections 952(a) and 960).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On or about June 14, 2012, the defendant JOHAN CORDERO arrived at JFK International Airport ("JFK") in Queens, New York aboard Jet Blue flight number 812 from Puerto Plata, Dominican Republic.

2. The defendant JOHAN CORDERO was selected for a Customs and Border Protection ("CBP") enforcement examination of his luggage. A baggage exam was conducted on one checked suitcase with negative results. During the baggage exam, the defendant appeared to be visibly nervous. CBP agents then decided to conduct a personal search.

3. During the personal search, CBP agents felt hard objects in the defendant's thigh and calf areas. The defendant then voluntarily removed his pants and took off black spandex pants that contained packages of a white powdery substance. CBP officers probed one of the packages, revealing the white powdery substance, which field tested positive for the presence of cocaine. The total approximate gross weight of the white powdery substance seized from defendant JOHAN CORDERO was 1,502.6 grams.

---

[1] Because the purpose of this affidavit is merely to establish probable cause, I have not set forth all of the facts and circumstances of which I am aware.

WHEREFORE, your deponent respectfully requests that the defendant JOHAN CORDERO be dealt with according to law.

_____
MATTHEW DOYLE
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn to before me this
15th day of June, 2012

_____
HONORABLE RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK